R# 29044

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

2011 APR 29 PM 2:08

In re:

AGAVE IMPORTS, INC.

    Debtor(s).
_____/

CASE NO. 07-14591-BKC-AJC
Chapter 7

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( ) The Trustee has a balance of $0.00 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under Section 726, 1226, or 1326 of Title 11 in a case under Chapter 7, 12, 0r 13 of Title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X The Trustee has a balance of $7.63 which represents small dividends as defined by FRBP 3010.

  Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers, and addresses of the claimants and the amount to which each is entitled.

  WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 28th of April, 2011 to Steve Turnere, Assistant U.S. Trustee, 51 Southwest First Avenue, 12th Floor, Miami, Florida 33130.

                     _____
                      Alan L. Goldberg, Trustee
                      111 SW Third Street
                      Suite 601
                      Miami, Florida 33130
                      Telephone: (305) 372-1100
                      Facsimile: (305) 372-0188

Date: 04/26/11                      Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 514 Dated 04/26/11
Case Number 07-14591 - AGAVE IMPORTS, INC.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **FEDEX Customer Info Svc**<br>2005 Corporate Ave - 2nd FL<br>Memphis TN 38132<br>   (3-1) as assignee of FedEx<br>   Express/FedEx Ground | 000003 | 303.98 | 0.35 |
| **Wing Produce, Inc.**<br>1057 S. San Pedro STreet<br>Los Angeles, CA 90015 | 000007 | 2,816.75 | 3.27 |
| **Personally Yours Staffing**<br>POB 267085<br>Weston, FL 33126 | 000008 | 3,458.82 | 4.01 |
| ---------- Remittance Total | | 6,579.55 | 7.63 |

Alan L. Goldberg, Trustee